

**FILED**

NOV 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN FRANCES GRIFFIN,

Defendant.

/

No. CR 06-00365 CW

ORDER MODIFYING, IN PART, TERMS AND CONDITIONS OF PRETRIAL RELEASE

Having been advised that the prosecution has elected not to seek reconsideration by District Judge Wilken of the orders provisionally made by the undersigned at today's hearing on Mr. Griffin's motion to modify the terms and conditions of his pretrial release, it is hereby ORDERED that those terms and conditions are changed only to the following extent:

1. Mr. Griffin may travel to Philadelphia, Pennsylvania, between Sunday, November 19, 2006, and Sunday, November 26, 2006. While in Philadelphia he must reside with his mother at the address she has provided.  He must comply with all directives given by the Pretrial Services Office and must respond promptly to any inquiries made by that Office.  And he must continue to comply with all other terms and conditions previously set.

1    2. Mr. Griffin also may travel to Philadelphia to reside with his mother for two

2    weeks during the December holiday period.  He must identify the specific dates he

3    will be in Philadelphia and confirm with Pretrial Services, in advance, his travel

4    plans.  During this two week period he must comply with all directives given by the

5    Pretrial Services Office and must respond promptly to any inquiries made by that

6    Office.  And he must continue to comply with all other terms and conditions

7    previously set.

8    3. When Mr. Griffin returns to this district following his two-week visit in

9    December to Philadelphia he must return to full-time residence at the Half-Way

10   House.

11

12   If Mr. Griffin complies fully with these orders and all other terms and

13   conditions of his pretrial release, the court will re-visit his request to reside on a

14   longer-term basis with his mother in Philadelphia.

15

16   IT IS SO ORDERED.

17

18   Dated: November 17, 2006.

19                                          WAYNE D. BRAZIL
                                            United States Magistrate Judge
20

21   Copies to:

22        All parties,
          WDB, Stats

23

24

25

26

27

28

2