1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant GRIFFIN

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              )
12                                         )   No. CR 06-00365 CW
                    Plaintiff,             )
13                                         )   STIPULATION AND ORDER
             v.                            )   CONTINUING MOTIONS FILING
14                                         )   DATES
                                           )
15 JOHN FRANCES GRIFFIN,                   )
                                           )
16                                         )
                    Defendant.             )
17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the motions

19 filing dates in this case may be continued as follows: defendant's motions filing date currently set

20 for Tuesday, February 20, 2007, may be continued to Monday, February 26, 2007; the government's

21 opposition to defendant's motions and 404(b) motion currently due on March 5, 2007, may be

22 continued to March 12, 2007; the defendant's reply in support of motions and opposition to the

23 government's 404(b) motion, will remain on March 19, 2007; the government's reply in support of

24

25 its 404(b) motion filing date will remain on March 26, 2007, and the hearing date for the motions

26 will remain on Monday, April 9, 2007 at 2:30 p.m.

STIP. CONTINUING
MOTIONS DATES                              - 1 -

The parties stipulate that the time from February 20, 2007 until the filing of motions on February 26, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

/S/

DATED: 2/16/07      _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: 2/16/07      _____
MAUREEN BESSETTE
Assistant United States Attorney

**I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motions filing dates are modified as follows: defendant's motions shall be filed by Monday, February 26, 2007; the government's opposition to defendant's motions and the government's 404(b) motion shall be filed on March 12, 2007. The remaining filing dates shall remain the same. The hearing on the motions shall be heard as scheduled on Monday, April 9, 2007 at 2:30 p.m.

IT IS FURTHER ORDERED that the time from February 19, 2007, to February 26, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel taking into account due diligence.

SO ORDERED.

DATED:   2/20/07      _____
HONORABLE CLAUDIA WILKEN
United States District Judge