**FILED**
MAR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN FRANCES GRIFFIN,<br><br>　　　　　Defendant. | No. CR 06-00365 CW<br><br>[~~PROPOSED~~] ORDER<br><br>~~FILE UNDER SEAL~~ |

On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoenas issue for the specified records from the Custodians of Records for MBV Law, LLP; Tharpe & Howell, Esq.; Bever, Hoffman & Harms LLP; Gordon Rees; DeMeo & DeMeo; and Martin Triano ~~and from the Custodian of Records for the California Department of Justice,~~ and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before April 9, 2007.

IT IS FURTHER ORDERED that the Ex Parte Application and Declaration in Support of Order Authorizing Indigent Subpoena Under Rule 17(b) and (c), Federal Rules of Criminal Procedure; ~~and [Proposed] ORDER~~ be SEALED pending further order of the court.

DATED: MAR 13 2007

　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge

*United States v. Griffin*, CR 06-00365 CW
ORDER RE: SUBPOENAS

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States

v.

John Francis Griffin

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

Case Number: CR 06-00365 CW

TO: Gordon Rees
    Law Firm

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom 2 Hon. Claudia Wilken |
| | | | DATE AND TIME |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | April 9, 2007 2:30 PM |

The following document(s) or object(s) shall be produced:

See ATTACHMENT A

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking (By) Deputy Clerk *[signature]* | March 7, 2007 |

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:
Joyce Leavitt, Assistant Federal Public Defender
555-12th Street, Suite 650
Oakland, CA 94607
(510) 637-3500        Investigator: Frank Tamburello

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☑ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                      DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

All documentation, including correspondence (written, electronic and oral), memoranda, reports, notes, billing statements and other items reflecting any discussions, during the period from January 2004 until May 2006 between attorneys from Gordon Rees and (a) personnel from VaporTech, Inc. and/or Goodfield Energy Corporation regarding applicable tax laws, tax filing requirements, potential tax shelters, and other tax-related issues relating to VaporTech, Inc. and/or Goodfield Energy Corporation and (b) John Frances Griffin, individually, regarding applicable tax laws, tax filing requirements, potential tax shelters, and other tax-related issues relating to his personal filing of taxes.