1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00365 CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING MOTIONS |
| | ) | HEARING DATE   **AS MODIFIED** |
| | ) | |
| JOHN FRANCES GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the motions hearing date currently set for Monday, April 9, 2007, at 2:30 p.m. may be continued to Wednesday, April 11, 2007, at 2:30 p.m.

DATED: April 4, 2007              /S/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: April 4, 2007              /S/
                                  MAUREEN BESSETTE
                                  Assistant United States Attorney

STIP. CONTINUING
MOTIONS HEARING DATE            - 1 -

1 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/S/) within this e-filed document.

3

4 **ORDER**

5
6 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motions hearing date
7 currently set for Monday, April 9, 2007, at 2:30 p.m. may be continued to Wednesday, April 18,
8 2007, at 2:30 p.m.

9 SO ORDERED.

10
11 DATED:    4/9/07    _____
12                    HONORABLE CLAUDIA WILKEN
                            United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. CONTINUING
MOTIONS HEARING DATE           - 2 -