1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant GRIFFIN

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,            )
12                                        )   No. CR 06-00365 CW
                          Plaintiff,      )
13                                        )   STIPULATION AND
                    v.                    )   ORDER CONTINUING MOTIONS
14                                        )   HEARING DATE
                                          )
15  JOHN FRANCES GRIFFIN,                 )
16                                        )
                          Defendant.      )
17  _____ )

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the motions

19  hearing date currently set for Wednesday, April 17, 2007, at 2:30 p.m. may be continued two weeks

20  to May 2, 2007, at 2:30 p.m.  The reason for the request is that defendant John Frances Griffin has

21  kidney stones and a note from an emergency room doctor which indicates that Mr. Griffin should not

22  fly until the medical condition is resolved.  Mr. Griffin has provided documentation including a

23  preliminary radiology report and follow-up report from Franklin Hospital in Philadelphia,

24  Pennsylvania.  According to Mr. Griffin one kidney stone has passed.  According to documentation

25  from the hospital three additional kidney stones have been identified. Mr. Griffin indicated that he is

26

1  in extreme pain and on medication.

2

3

DATED:  April 17, 2007          _____

4                                          JOYCE LEAVITT      /S/

                                           Assistant Federal Public Defender

5

6

DATED:  April 17, 2007          _____

7                                          MAUREEN BESSETTE      /S/

                                           Assistant United States Attorney

8

9                                   SIGNATURE ATTESTATION

10       I hereby attest that I have on file all holograph signatures indicated by a "conformed"

    signature ("/S/") within this efiled document.

11

12

13

14

15                                            **ORDER**

16       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motions hearing date

17  currently set for Wednesday, April 17, 2007, at 2:30 p.m. may be continued two weeks to

18  Wednesday, May 2, 2007, at 2:30 p.m.

19       SO ORDERED.

20

21                                    _Claudia Wilken_

22  DATED:     4/18/07          _____

                                           HONORABLE CLAUDIA WILKEN

23                                          United States District Judge

24

25

26

STIP. CONTINUING
MOTIONS HEARING DATE                - 2 -