IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN FRANCIS GRIFFIN,

        Defendant.
                                   /

No. CR 06-00365 CW

ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

For the reasons set forth in the Government's opposition and supplemental opposition,

IT IS HEREBY ORDERED that Defendant's Motion to Suppress Evidence is DENIED.  The trial date remains set at July 23, 2007.  The Defendant's attorney shall consult with the Defendant's doctor and report on his health approximately one week after his June 6 surgery.

Dated   5/30/07

                                        CLAUDIA WILKEN
                                        United States District Judge