```
 1  DAVID B. WHITMAN
    (California State Bar #: 52890)
 2  Attorney at Law
 3  405 14th Street, Suite 1011                FILED
    Oakland California 94612
 4                                             MAY 30 2007
    Telephone: 510-435-6242
 5  Fax:       510-451-0411                  RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
 6                                        NORTHERN DISTRICT OF CALIFORNIA
    Attorney for Defendant:                         OAKLAND
 7    JOHN FRANCES GRIFFIN
 8
              IN THE UNITED STATES DISTRICT COURT
 9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,          Case: CR 06-00365 CW
        Plaintiff,
13
                                       SUBSTITUTION OF ATTORNEY
14         v.
15
16  JOHN FRANCES GRIFFIN,
        Defendant.            /
17
18  PLEASES TAKE NOTICE: Defendant JOHN FRANCES GRIFFIN substitutes
19  Attorney DAVID B. WHITMAN as his attorney in this action, in
20  place of the Office of the Federal Public Defender. The contact
21  information of Defendant's new attorney is as above captioned.
22
23  By: [signature]                   Dated: 22 of May 2007
24  JOHN FRANCES GRIFFIN, Defendant
25
26  ///
27  ///
28
```

page 1 page 2 of Substitution of Attorneys

I, DAVID B. WHITMAN accept this Substitution to be the new attorney for Defendant JOHN FRANCES GRIFFIN in this action:

_____ Dated: 30th of May 2007
DAVID B. WHITMAN

The Office of the Federal Public Defendanr for the Northern District of California consents to the above Substitution of Attorneys.

BARRY J. PORTMAN
Federal Public Defender

By: _____ Dated: 30th of May 2007
   Joyce Leavitt,
   Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE



page 2 page 2 of Substitution of Attorneys